**Original filed 8/16/06**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HERBERT RUSSELL, JR., | ) | No. C 06-0106 JF (PR) |
| Petitioner, | ) ) | ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS WITHOUT PREJUDICE; GRANTING EXTENSION OF TIME TO FILE IN FORMA PAUPERIS APPLICATION OR PAY FILING FEE |
| vs. | ) ) ) ) | |
| SUPERIOR COURT, SAN JOSE, | ) ) | |
| Respondent. | ) ) | |
| | ) | (Docket No. 3) |

On January 10, 2006, Petitioner filed the instant pro se habeas corpus petition pursuant to 28 U.S.C. § 2254. On that same day the Court sent a notification to Petitioner that he had neither paid the filing fee nor submitted a completed application for leave to proceed in forma pauperis. The Court provided a copy of the correct form for application to proceed in forma pauperis, along with a return envelope, instructions, and a notification that the case would be dismissed if Petitioner failed to pay the fee or file the completed application within thirty days.

On January 31, 2006, Petitioner submitted an application to proceed in forma pauperis. However, the application is incomplete because Petitioner failed to include a

1 certificate of funds signed by an authorized prison official and a copy of his trust account
2 statement for the past six months.

3     Petitioner's incomplete application to proceed in forma pauperis (docket no. 3) is
4 DENIED without prejudice.  The Court will extend the time for Petitioner to submit the
5 certificate of funds and copy of his trust account statement or pay the $5.00 filing fee.
6 The completed application and accompanying documentation must be filed with the Court
7 within **thirty days** from the date of this order.

8     In the alternative, Petitioner may pay the $5.00 filing fee.  Petitioner shall include
9 with his payment a clear indication that it is for this case number, C 06-0106 JF (PR).
10 Failure to submit the completed in forma pauperis application or pay the filing fee within
11 the Court's deadline will result in the Court dismissing the case without prejudice for
12 failure to file a completed in forma pauperis application or pay the filing fee.

13     IT IS SO ORDERED.
14 DATED: 8/16/06 _____

    JEREMY FOGEL
15     United States District Judge

Order Denying Motion to Proceed in Forma Pauperis Without Prejudice; Granting Extension of Time to File in Forma Pauperis Application or Pay Filing Fee
P:\pro-se\sj.rmw\hc.06\Russellexttifp

1   A copy of this ruling was mailed to the following:

2

3   Herbert Russell, Jr.
    T-72288
4   Pelican Bay State Prison
    P.O. Box 7500
5   Crescent City, CA  95531-7500

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Denying Motion to Proceed in Forma Pauperis Without Prejudice; Granting Extension of Time to File in
Forma Pauperis Application or Pay Filing Fee
P:\pro-se\sj.rmw\hc.06\Russellexttifp